IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LENA D. ROBINSON<br>　　　　　　　　Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner<br>　of Social Security Administration,<br>　　　　　　　　Defendant. | : CIVIL ACTION<br>:<br>:<br>: No. 14-1649<br>:<br>:<br>:<br>: |

# O R D E R

**AND NOW**, this 11th day of May, 2015, upon careful and independent consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review, the response and reply thereto, along with the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter, and there being no objections to the Report and Recommendation, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's Request for Review is **GRANTED** and the Commissioner's decision is **REVERSED** to the extent that the matter is remanded to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation; and

3. The Clerk of Court is directed to mark this matter **CLOSED**.

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　/s/ Mitchell S. Goldberg
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　**Mitchell S. Goldberg, J.**